448 A.2d 1154

Harrell, Appellants v. United Natl. Ins. Co., et al.

Argued December 4, 1980.   Allen L. Feingold, for appellants;  Richard S. March, for appellees.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.

448 A.2d 1155

In re Jamie Halliday, a minor.

Appeal of Children and Youth Services of Allegheny County.

Petition for Allowance of Appeal Granted Feb. 23, 1983.

Argued September 29, 1981. Cheryl A. Craig, Assistant City Solicitor, for appellant; Robert E. Praksti, for appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

.Order affirmed.

MONTEMURO, J., concurred in the result.